THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022
Email: taj@tomjohnsonlaw.com

Attorney for KURT WILLER

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>KURT WILLER,<br>Defendant. | Case No.: 2:26-cr-00168-DJC-1<br><br>STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: December 3, 2026<br>Time: 9:00am<br>Judge: Daniel J. Calabretta |

## STIPULATION

The United States of America through its undersigned counsel, Kimberly A. Sokolich, Assistant United States Attorney, together with Thomas A. Johnson, counsel for defendant, KURT WILLER, hereby stipulate the following:

1. By previous order, this matter was set for Status Conference on December 3, 2026.
2. By stipulation, the defendant now moves to continue to the Status Conference until January 7, 2027, at 9:00 AM.
3. The parties agree and stipulate, and request that the Court find the following:

a. The Government has provided roughly 2.5 GB of data. Counsel for defendant needs additional time to review the discovery. The parties also need additional time to confer regarding a potential resolution.

b. Counsel for the defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The government does not object to the continuance.

d. The defendant is not requesting a trial date at this time.

e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of December 3, 2026, to January 7, 2027, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: October 30, 2026

ERIC GRANT
United States Attorney

/s/ Kimberly A. Sokolich
KIMBERLY A. SOKOLICH
Assistant U.S. Attorney

DATE: October 30, 2026

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Kurt Willer

**ORDER**

IT IS SO FOUND AND ORDERED this 30th day of October, 2026

Dated: October 30, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE